IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **Cedar Lane Technologies Inc.,**<br><br>Plaintiff,<br><br>v.<br><br>**B&H Foto & Electronics Corp.,**<br><br>Defendant. | Case No. 1-20-cv-04977<br><br>Patent Case<br><br>Jury Trial Demanded |

### ORDER GRANTING DISMISSAL WITHOUT PREJUDICE

The request to dismiss this matter without prejudice is hereby GRANTED. Each party shall bear its own costs, expenses, and attorneys' fees.

SO ORDERED.

Date: October 18, 2020

Hon. Edgardo Ramos
United States District Judge

1